2017 ND 164

IN the INTEREST OF A.F.L., a child

N.S.L. and P.D.L., Petitioners
and Appellees

v.

B.M.W., Respondent and Appellant

and

Department of Human Services of
North Dakota, Respondent

No. 20170203

Supreme Court of North Dakota.

Filed 7/12/2017

Jerod E. Tufte

Daniel J. Crothers

■

2017 ND 169

Randall MOSSER, Douglas Mosser,
Marilyn Koon, and Jayne
Harkin, Plaintiffs

v.

DENBURY RESOURCES, INC.,
and Denbury Onshore,
LLC, Defendants

No. 20160379

Supreme Court of North Dakota.

Filed 7/12/2017

Jared J. Hines, Fargo, ND, for petitioners and appellees.

Kiara C. Kraus–Parr, Grand Forks, ND, for respondent and appellant.

Per Curiam.

[¶1] B.W. appealed a district court's order terminating his parental rights to A.F.L. On appeal, B.W. argues the district court was clearly erroneous in finding B.W. abandoned A.F.L. and that it was in A.F.L.'s best interest to terminate B.W.'s parental rights. Because the district court's findings were not clearly erroneous, we summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2] Gerald W. VandeWalle, C.J.

Carol Ronning Kapsner

Lisa Fair McEvers